1124

No. 85–1564. CADE ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–1566. KAKAR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 85–1567. VARRASO *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–1580. GIBSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–5873. BEST *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 85–5911. ROUCO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–6038. WALKER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 85–6074. YOUNG *v.* HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–6167. CRITTENDON *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 85–6221. GOMETZ *v.* UNITED STATES;
No. 85–6222. FOUNTAIN *v.* UNITED STATES; and
No. 85–6230. SILVERSTEIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 768 F. 2d 790 and 777 F. 2d 345.

No. 85–6227. GLASGOW *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–6352. BORDAN *v.* STRATTON. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 85–6360. SMITH *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 85–6361. PEARSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.